AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| FANTASTIC SAMS FRANCHISE CORPORATION | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  26-CV-00755 |
| 547 SALON LLC and JEFFREY B. RAUCKMAN | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  547 SALON LLC
3410 Mall Drive
Eau Claire, WI 54701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joseph S. Goode and Katherine W. Schill, Laffey, Leitner & Goode LLC, 325 E. Chicago St., Ste. 200, Milwaukee, WI 53202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    8/14/26    _____    s/L. Kamke, Deputy Clerk    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| FANTASTIC SAMS FRANCHISE CORPORATION <br><br><br> *Plaintiff(s)* <br> v. <br> 547 SALON LLC and JEFFREY B. RAUCKMAN <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  26-CV-00755 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JEFFREY B. RAUCKMAN
3410 Mall Drive
Eau Claire, WI 54701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Goode and Katherine W. Schill, Laffey, Leitner & Goode LLC, 325 E. Chicago St., Ste. 200, Milwaukee, WI 53202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   8/14/26

s/L. Kamke, Deputy Clerk

*Signature of Clerk or Deputy Clerk*